# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 30, 2020

## NO. 03-20-00566-CV

**Mark Joseph Watson d/b/a Mark Joseph Watson©,** *ens legis***, Appellant**

**v.**

**Texas State University, Appellee**

### APPEAL FROM THE 453RD DISTRICT COURT OF HAYS COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, SMITH
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on November 25, 2020. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.